# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144189

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

PETER ALVIN KEATON,
      Defendant-Appellant.

SC: 144189
COA: 299175
Kalamazoo CC: 2010-000401-FH

_____/

      On order of the Court, the application for leave to appeal the October 11, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

Clerk

y0319